768 A.2d 176

IN THE MATTER OF H. MICHAEL ZUKOWSKI,
AN ATTORNEY AT LAW

March 22, 2001.

## ORDER

This matter having been duly presented to the Court on the motion of the Office of Attorney Ethics seeking to transfer **H. MICHAEL ZUKOWSKI, of TITUSVILLE, FLORIDA,** who was

admitted to the bar of this State in 1980, to disability inactive status pursuant to *Rule* 1:20–12(e), and good cause appearing;

It is ORDERED that **H. MICHAEL ZUKOWSKI** is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court; and it is further

ORDERED that **H. MICHAEL ZUKOWSKI** is hereby restrained and enjoined from practicing law during the period he remains on disability inactive status; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **H. MICHAEL ZUKOWSKI** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with incapacitated attorneys.